**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Renae Taylor and David Leon Allred, III,
Defendants,

Of whom Heather Renae Taylor is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001655

———————

Appeal From Laurens County
Mindy W. Zimmerman, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-334
Submitted September 15, 2021 – Filed September 20, 2021

———————

**AFFIRMED**

———————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of
Greenville, for Appellant.

Rosemerry Felder-Commander, of the South Carolina
Department of Social Services, of Laurens, for
Respondent.

Marcus Wesley Meetze, of Law Office of Marcus W. Meetze, LLC, of Simpsonville, for the Guardian ad Litem.

---

**PER CURIAM:**  Heather Renae Taylor appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Taylor's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.